**CERTIFICATE OF SERVICE**

***Lummid, LLC Home v. United States Customs and Border Protection, et. al.***
**CIT Case 26-05020**

Pursuant to U.S. Court of International Trade Rule 4(b) and (h), I hereby certify that on November 5, 2026, I served a copy of the Summons, Complaint, Form 5, Form 11, and Form 13 by certified mail, return receipt requested, upon the following:

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, New York 10278

Attorney-In Charge
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, D.C. 20530

Attorney-In-Charge
Office of Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania Ave., NW
Washington, D.C. 20229

*/s/ George R. Tuttle, III*
Attorney Name